IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY ERWIN, Individually and For Others Similarly Situated, ) ) ) Plaintiffs, ) ) v. ) AUDIE PRICE INSPECTION, INC., ) ) Defendant. ) | Case No. CIV-20-506-F |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT

Before the Court is Plaintiff's Unopposed Motion to Approve FLSA Settlement (Doc. Nos. 30 and 33). Plaintiff Randy Erwin, individually and on behalf of all others similarly situated ("**Plaintiff**"), and Defendant Audie Price Inspection, Inc. ("**Defendant**") (collectively the "**Parties**") have arrived at a settlement and have requested Court-approval of their settlement agreement. After considering Plaintiff's Motion (Doc. Nos. 30 and 33), including the Parties' Settlement Agreement (Exhibit 1 (sealed) to Plaintiff's Unopposed Motion) and its exhibits, and the submissions of Counsel, the Court hereby finds and orders as follows:

1. The Court **FINDS** that the settlement memorialized in the Parties' Settlement Agreement attached as Exhibit 1 to Plaintiff's Unopposed Motion to Approve falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court **APPROVES** the Parties' Settlement Agreement attached as Exhibit 1 to Plaintiff's Unopposed Motion to Approve.

3. The Court **APPROVES** the full and final extinguishment of the Released Claims of Plaintiff and the Participating Settlement Class Members as set forth in the

Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (FLSA).

4. The Court **APPOINTS**, for settlement purposes only, Josephson Dunlap, LLP, Bruckner Burch, PLLC, and Whitten Burrage, as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

5. The Court **FINDS** Plaintiff's Service Award, as provided in the Settlement Agreement, is fair and reasonable.

6. The Court therefore **APPROVES** Plaintiff's Service Award.

7. The Court **FINDS** the Notice of Settlement to be provided as set forth in the Settlement Agreement to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement. The Notice is accurate, objective, and informative and provides the FLSA Settlement Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

8. The Notice of Settlement of FLSA Lawsuit, attached to the Settlement Agreement as Exhibit A is **APPROVED**.

9. Neither this Order, Plaintiff's Unopposed Motion to Approve, the Settlement Agreements, other Approval pleadings, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or comparable state laws or rules, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the

matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendant or the Released Parties have engaged in any wrongdoing.

10. The Court hereby **DISMISSES** Plaintiff's claims and all claims asserted therein **WITH PREJUDICE** in accordance with the Settlement Agreement, including the claims of Plaintiff and Participating Settlement Class Members.

**IT IS SO ORDERED** this 3rd day of December, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0506p007.PO.docx